PEOPLE ex rel. KELLY v. STURGIS, Com'r. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Proceeding by the people of the state of New York, on the relation of Thomas R. Kelly, against Thomas Sturgis, as commissioner. No opinion. Motion granted, with $10 costs.